# EXHIBIT "B"

11/14/2016 4:51:22 PM
Chris Daniel - District Clerk Harris County
Envelope No. 13783818
By: Bonisha Evans
Filed: 11/14/2016 4:51:22 PM

## 2016-78777 / Court: 151
### CAUSE NO. _____

| | | |
|---|---|---|
| **JUANA MURILLO,** | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **VS.** | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| **ANDRES MAURICIO CLAVIJO, PV** | § | |
| **HOLDINGS CORP., AND AVIS** | § | |
| **BUDGET CAR RENTAL, LLC,** | § | |
| | § | |
| *Defendants.* | § | _____ JUDICIAL DISTRICT |

---

### PLAINTIFF'S ORIGINAL PETITION

---

COMES NOW **JUANA MURILLO.**, Plaintiff, complaining of Defendants, **ANDRES MAURICIO CLAVIJO, PV HOLDINGS CORP., AND AVIS BUDGET CAR RENTAL, LLC** and for cause of action shows:

### A.
### APPLICABLE DISCOVERY CONTROL PLAN

1.      Pursuant to Rule 47, Texas Rules of Civil Procedure, Plaintiff pleads that the damages in this cause exceed $100,000.00, but are not expected to exceed $200,000.00. Further, pursuant Rule 190.3, TRCP, discovery in this case will be conducted under a Level 2 Discovery Control Plan.

### B.
### PARTIES

2.      Plaintiff is an individual and resides in Harris County, Texas.

3.      Defendant, ANDRES MAURICIO CLAVIJO, is an individual residing in Harris County, Texas, and may be served with process by serving him at his usual place of residence. 2929 Shadowbriar Drive, #1336, Houston, Texas 77082.

4.      Defendant, PV HOLDINGS CORP., is a foreign for profit corporation doing business in the state of Texas who may be served with process by serving its registered agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, 701 Brazos Street, Suite 1050, Austin, Texas 78701.

5.      Defendant, AVIS BUDGET CAR RENTAL, LLC, is a limited liability Company, doing business in the state of Texas who may be served with process by serving its registered agent, Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company 701 Brazos Street, Suite 1050, Austin, Texas 780701-3232

**C.**
**MISOMER/ALTER EGO**

6.      In the event any parties are misnamed or are not included herein, it is Plaintiff's contention that such was a "misidentification", "misnomer" and/or such parties are/were "alter egos" of parties named herein. Alternatively, Plaintiff contends that such "corporate veils" should be pierced to hold such parties properly included in the interest of justice.

**D.**
**VENUE AND JURISDICTION**

7.      The Court has jurisdiction in this cause since the damages to Plaintiff are within the jurisdictional limits of the Court.

8.      Pursuant to Sections 15.001 and 15.002(a)(1) of the Texas Civil Practice and Remedies Code, this venue is proper because all, or substantial part of, the events or omissions giving rise to the claim occurred in Harris County, Texas.  The venue is also proper because it best serves the convenience of the parties and witnesses, as well as the interests of justice.

9.      Plaintiff has satisfied all conditions precedent to this lawsuit.

10.     Nothing Plaintiff did cause or contributed to this occurrence.

## E.
## FACTS

11.     This lawsuit results from an automobile collision which occurred on November 15, 2014, in the 8800 block of Westpark near the intersection of 4800 Fondren Road, Houston, Texas.

12.     Plaintiff, Juana Murillo, was the driver of a gold 2007 Nissan Versa vehicle with the license plate number DX4R122. Plaintiff was traveling eastbound on the 8000 block of Westpark Drive in Houston, Texas.

13.     At the same time and location, Defendant, Andres Mauricio Clavijo, was the driver of a silver 2014 Toyota Venza vehicle with Texas license plate number CRK6884. Defendant was traveling northbound on Fondren Rd. Plaintiff was stopped at the Fondren light and proceeded through the intersection when her light turned green. Defendant ran the stop light at Westpark and unexpectedly and violently struck Plaintiff's vehicle with great force, causing the injuries and damages complained of herein.

## F.
## NEGLIGENCE OF DEFENDANT ANDRES MAURICIO CLAVIJO

14.     At the time of the accident, Defendant was operating/using his motor vehicle negligently. Defendant's negligence was the proximate cause of Plaintiff's injuries. Defendant had a duty to exercise ordinary care and operate his motor vehicle reasonably and prudently. Defendant breached that duty in one or more of the following ways:

a.     failing to yield row – stop and go signal;

b.     failing to stop in time;

c.     failing to control his vehicle's speed;

d.     failing to apply brakes in a timely manner;

e.     failing to maintain a proper lookout;

f.     failing to take proper evasive action;

g     failing to operate the vehicle as a person of ordinary prudence would have done under the same or similar circumstances;

<div style="margin-left: 2em;">

h.    failing to maintain such lookout as a person of ordinary prudence would have maintained under the same or similar circumstances;

i.    drove the vehicle at a rate of speed greater than that at which an ordinary and prudent person would have driven under the same or similar circumstances; and

j.    other acts of negligence and negligence *per se*.

</div>

15.    One, some, or all of the foregoing acts and/or omissions on the part of Defendant constituted negligence and/or negligence *per se*. Such negligence was a proximate cause of the injuries and damages received by Plaintiff.

## G.
## DAMAGES

16.    As a result of the incident made the basis of this lawsuit described in the preceding paragraphs and the negligence of Defendant, Plaintiff sustained significant injuries and damages in the past and will in reasonable probability sustain these damages in the future.

17.    Plaintiff respectfully requests that the trier of fact determine the amount of his damages and losses that he has incurred in the past and will reasonably incur in the future, as well as the monetary value of these damages, which include, but are not limited to:

<div style="margin-left: 2em;">

a.    Past, present, and future physical pain and suffering;

b.    Past, present, and future loss of earning capacity;

c.    Past, present, and future disfigurement;

d.    Past, present, and future physical impairment;

e.    Past, present, and future medical care expenses; and

f.    Past, present, and future out-of-pocket economic losses.

</div>

18.    Because of all of the above and foregoing, Plaintiff has suffered actual damages in excess of the minimum jurisdictional limits of the Court for which damages Plaintiff now brings suit.

Certified Document Number: 72725513 - Page 4 of 7

**H.**
## NEGLIGENCE OF PV HOLDINGS CORP.

19.     At the time of the collision in question, the vehicle being driven by Defendant ANDRES MAURICIO CLAVIJO was owned, controlled, and/or leased by Defendant, PV HOLDINGS CORP.  On the occasion in question, PV HOLDINGS CORP. entrusted its vehicle to Defendant, ANDRES MAURICIO CLAVIJO. At the time said vehicle was entrusted, Defendant, ANDRES MAURICIO CLAVIJO, was an incompetent, reckless, and/or unlicensed driver and was unfit to operate a motor vehicle on public streets and highways of Texas. Said acts and/or omissions on the part of Defendant, PV HOLDINGS CORP., constituted negligence which proximately caused the collision in question and the injuries and damages suffered by the Plaintiff herein.

**H.**
## NEGLIGENCE OF AVIS BUDGET CAR RENTALS, LLC

20.     At the time of the collision in question, the vehicle being driven by Defendant ANDRES MAURICIO CLAVIJO was owned, controlled, and/or leased by Defendant, AVIS BUDGET CAR RENTALS, LLC.   On the occasion in question, AVIS BUDGET CAR RENTALS, LLC entrusted its vehicle to Defendant, ANDRES MAURICIO CLAVIJO. At the time said vehicle was entrusted, Defendant, ANDRES MAURICIO CLAVIJO, was an incompetent, reckless, and/or unlicensed driver and was unfit to operate a motor vehicle on public streets and highways of Texas. Said acts and/or omissions on the part of Defendant, AVIS BUDGET CAR RENTALS, LLC, constituted negligence which proximately caused the collision in question and the injuries and damages suffered by the Plaintiff herein

Certified Document Number: 72725513 - Page 5 of 7

## I.
## PRE-EXISTING CONDITIONS

21.     In the alternative, Plaintiff would show that if any injury and/or condition from which he currently suffers was pre-existing, then such condition was aggravated, exacerbated and/or made worse by the negligence of the Defendants herein.

## J.
## SUBSEQUENT CONDITION

22.     In the alternative, Plaintiff would show that if he suffers from any subsequent injury and/or condition, then such injury and or condition was aggravated and/or exacerbated by the negligence of the Defendants herein.

## K.
## U.S. LIFE TABLES

23.     Plaintiff hereby notify the Defendant of their intent to use U.S. Life Tables as published by the U.S. Government in the trail of this matter.

## L.
## JURY DEMAND

24.     Pursuant to Rule 216 of the Texas Rules of Civil Procedure, Plaintiff respectfully requests and demands a trial by jury.

## M.
## RULE 193.7 NOTICE

25.     Plaintiff hereby gives notice to all parties that Plaintiff intends to use any and all documents that are produced by a party against that party in pretrial proceedings or at trial pursuant to the Texas Rules of Civil Procedure 193.7.

**N.**
## REQUEST FOR DISCLOSURE

26.     Pursuant to Rule 194, request is made that each Defendant discloses, within fifty (50) days of service of this request, the information or material described in Texas Rules of Civil Procedure 194.2(a)-(l). Each Defendant must serve a written response to these Requests for Disclosure on Plaintiff within fifty (50) days after the service of this Request. Failure to timely respond shall constitute an abuse of discovery pursuant to the Texas Rules of Civil Procedure 215.

**O.**
## PRAYER

WHEREFORE Plaintiff prays that Defendants be cited in terms of law to appear and answer herein and that, upon final trial and hearing hereof, Plaintiff recover damages in accordance with the evidence, costs of Court herein expended, interest justly entitled under the law, and that Plaintiff be granted such other and further relief, both general and special, at law and in equity, to which Plaintiff may be justly entitled.

Respectfully submitted,

**LAW OFFICE OF CLYDE J. MOORE**

By: _____
**CLYDE J. MOORE**
State Bar No. 14323690
6001 Savoy Drive
Houston, Texas 77036
713/ 953-9009; Telephone
713/ 953-9049; Facsimile
attycjmoore@yahoo.com

**ATTORNEY FOR PLAINTIFF**



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 15, 2016

Certified Document Number:       72725513 Total Pages:  7

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

12/5/2016 11:09:20 AM
Chris Daniel - District Clerk Harris County
Envelope No. 14098212
By: JIMMY RODRIGUEZ
Filed: 12/5/2016 11:09:20 AM

RECEIPT NUMBER _____ ___00

TRACKING NUMBER __733.1583__ CIV

CAUSE NUMBER   201678777

PLAINTIFF: MURILLO, JUANA
vs.
DEFENDANT: CLAVIJO, ANDRES MAURICIO

In The  151st
Judicial District Court of
Harris County, Texas

### CITATION CORPORATE

**THE STATE OF TEXAS**
County of Harris

TO: PV HOLDINGS CORP (A FOREIGN FOR PROFIT CORPORATION) BY SERVING ITS
REGISTERED AGENT CORPORATION SERVICE COMPANY (DBA CSC-LAWYERS
INCORPORATING SERVICE COMPANY)
701 BRAZOS STREET SUITE 1050   AUSTIN TX 7870.

Attached is a copy of   PLAINTIFF'S ORIGINAL PETITION.

This instrument was filed on the ___14th__ day of ___November___, 20__16__, in the
above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED**; you may employ an attorney. If you or your attorney do not file a written answer with the
District Clerk who issued this citation by 10 00 a.m. on the Monday next following the expiration of 20 days after you were
served this citation and petition, a default judgment may be taken against you.

**TO OFFICER SERVING:**

This Citation was issued under my hand and seal of said Court, at Houston, Texas, this __16th__ day of
___November___, 20__16__.

Issued at request of:
MOORE, CLYDE JERALD
6001 SAVOY DR 303
HOUSTON, TX 77036
TEL: (713) 953-9099
Bar Number 14322690

*Chris Daniel*
**CHRIS DANIEL, District Clerk**
Harris County, Texas
**201 Caroline, Houston, Texas 77002**
**P.O.Box 4651, Houston, Texas 77210**

Generated by: CHAMBERS, WANDA RENEE
CLW//10538349

### OFFICER/AUTHORIZED PERSON RETURN

I received this citation on the _18th_ day of _November_ 20_16_, at _5_ o'clock _P_ M., endorsed
the date of delivery thereon, and executed it at _____
in _____ County, Texas on the ___ day of _____, 20____, at _____ o'clock ___ M.,
by delivering to _____, by delivering to its
_____ in person, whose name is _____
a true copy of this citation, with a copy of the _____ Petition attached.
and with accompanying copies of _____

I certify that the facts stated in this return are true by my signature below on the ___ day of _____ 20 ___.

FEE: $ _____

By _____

Printed Name _____

As Deputy for: _____

Affiant Other Than Officer _____

On this day, _____, known to me to be the person whose signature
appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was
executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, 20____.

_____
Notary Public

*RETURN / AFFIDAVIT*
*PROOF - ATTACHED*

*73311583*

## RETURN OF SERVICE

**Cause No. 201678777**

In the 151st Judicial District of
Harris County, Texas

JUANA MURILLO
     Plaintiff

V.

ANDRES MAURICIO CLAVIJO,
et al
     Defendant

Came to hand on November 18, 2016, at 05:00 PM.

Executed at 211 E. 7th Street, Suite 620, Austin, TX 78701, within the County of Travis at 10:40 AM on November 21, 2016, by delivering to the within named:

### PV HOLDINGS CORP.,

**by delivering to its Registered Agent, CORPORATION SERVICE COMPANY d/b/a CSC-LAWYERS INCORPORATING SERVICE COMPANY, by and through its designated agent, KELLY COURTNEY, a true copy of this Citation together with Plaintiff's Original Petition, having first endorsed upon such copy of such process the date of delivery.**

I certify that I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103 and 536(a) of the TRCP to deliver citations and other notices from any District, County, and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age. I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the above-referenced cause.

By: _____
       Thomas R. Kroll SCH-3012,
       Exp: 8/31/2019

### VERIFICATION

STATE OF TEXAS    §
COUNTY OF TRAVIS   §

    BEFORE ME, A NOTARY PUBLIC, on this day personally appeared Thomas R. Kroll, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
    Given under my hand and seal of office this November 22, 2016.



NOTARY PUBLIC, STATE OF TEXAS

HELEN LUPERCIO
Notary Public, State of Texas
Comm. Expires 11-04-2019
Notary ID 130429927

16-023531/Murillo



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 15, 2016

Certified Document Number:        72958191 Total Pages:  2

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

12/5/2016 11:09:20 AM
Chris Daniel - District Clerk Harris County
Envelope No. 14098212
By: JIMMY RODRIGUEZ
Filed: 12/5/2016 11:09:20 AM

CAUSE NO.  201676777

RECEIPT NO.                    0.00        CIV
                 . . . . . . . . . .        TR # 73311586

| | |
|---|---|
| PLAINTIFF: MURILLO, JUANA<br>vs.<br>DEFENDANT: CLAVIJO, ANDRES MAURICIO | In The   151st<br>Judicial District Court<br>of Harris County, Texas<br>151ST DISTRICT COURT<br>Houston, TX |

CITATION

THE STATE OF TEXAS
County of Harris

TO: AVIS BUDGET CAR RENTAL LLC (A LIMITED LIABILITY COMPANY) BY SERVING
    ITS REGISTERED AGENT CORPORATION SERVICE COMPANY
    (DBA CSC-LAWYERS INCORPORATING SERVICE COMPANY)
    701  BRAZOS STREET SUITE 1050   AUSTIN  TX  78701 - 3232
    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on the 14th day of November, 2016, in the above cited cause number
and court. The instrument attached describes the claim against you.

     YOU HAVE BEEN SUED. You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:

     This citation was issued on 16th day of November, 2016, under my hand and
seal of said Court.

Issued at request of:                        CHRIS DANIEL, District Clerk
MOORE, CLYDE JERALD                          Harris County, Texas
6001  SAVOY DR 303                            201 Caroline, Houston, Texas 77002
HOUSTON, TX  77036                           (P.O. Box 4651, Houston, Texas 77210)
Tel: (713) 953-9099
Bar No.: 14323690                            Generated By: CHAMBERS, WANDA RENEE  UIW/11538969

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at 5:00 o'clock P.M, on the 18th day of November, 2016.

Executed at (address) _____ in

_____ County at _____ o'clock ___.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a

true copy of this Citation together with the accompanying _____ copy(ies) of the Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____

FEE: $_____

RETURN/AFFIDAVIT
PROOF - ATTACHED

_____, County, Texas

_____                         By _____
     Affiant                                             Deputy

On this day, _____, known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

_____
          Notary Public

N INT 7172 P                    *73311586*

Certified Document Number: 72958190 - Page 1 of 2

## RETURN OF SERVICE

### Cause No. 201678777

In the 151st Judicial District of
Harris County, Texas

JUANA MURILLO
     Plaintiff

V.

ANDRES MAURICIO CLAVIJO,
et al
     Defendant

Came to hand on November 18, 2016, at 05:00 PM.

Executed at 211 E. 7th Street, Suite 620, Austin, TX 78701, within the County of Travis at 10:40 AM on November 21, 2016, by delivering to the within named:

### AVIS BUDGET CAR RENTAL LLC,

**by delivering to its Registered Agent, CORPORATION SERVICE COMPANY d/b/a CSC-LAWYERS INCORPORATING SERVICE COMPANY, by and through its designated agent, KELLY COURTNEY, a true copy of this Citation together with Plaintiff's Original Petition, having first endorsed upon such copy of such process the date of delivery.**

I certify that I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103 and 536(a) of the TRCP to deliver citations and other notices from any District, County, and Justice Courts in and for the State of Texas. I am competent to make this oath: I am not less than 18 years of age. I am not a party to the above-referenced cause. I have not been convicted of a felony or a crime involving moral turpitude, and I am not interested in the outcome of the above-referenced cause.

By: _____
     Thomas R. Kroll SCH-3012,
     Exp: 8/31/2019

### VERIFICATION

STATE OF TEXAS    §
COUNTY OF TRAVIS   §

    BEFORE ME, A NOTARY PUBLIC, on this day personally appeared Thomas R. Kroll, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.
    Given under my hand and seal of office this November 22, 2016.

NOTARY PUBLIC, STATE OF TEXAS

HELEN LUPERCIO
Notary Public, State of Texas
Comm. Expires 11-03-2019
Notary ID 130429927

16-023532/Murillo

Certified Document Number: 72958190 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 15, 2016

Certified Document Number:        72958190 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

12/12/2016 9:21:27 AM
Chris Daniel - District Clerk Harris County
Envelope No. 14220709
By: Wanda Chambers
Filed: 12/12/2016 9:21:27 AM

CAUSE NO. 2016-78777

| | | |
|---|---|---|
| JUANA MURILLO | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| ANDRES MAURICIIO CLAVIJO, PV | § | |
| HOLDINGS CORP., AND AVIS | § | |
| BUDGET CAR RENTAL, LLC | § | 151ST JUDICIAL DISTRICT |

## DEFENDANTS' ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants, PV HOLDING CORP. and AVIS BUDGET CAR RENTAL, LLC, and in response to Plaintiff's Original Petition, files this Original Answer and would respectfully show as follows:

## GENERAL DENIAL

1.      As allowed by Rule 92 of the Texas Rules of Civil Procedure, Defendants deny generally the allegations contained in Plaintiff's Original Petition and demands strict proof of each of the allegations contained therein.

2.      In the alternative, and without waiving the foregoing, Defendant pleads Plaintiffs' damages, if any, for medical or health care expenses are limited by § 41.0105 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE.

3.      In the alternative, and without waiving the foregoing, Defendants would show that to the extent Plaintiff is asserting a recovery for loss of earnings, loss of earning capacity, loss of contributions of a pecuniary value or loss of inheritance, the limitations of § 18.091 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE apply.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendants, PV HOLDING CORP. and AVIS BUDGET CAR RENTAL, LLC, respectfully pray that upon trial of this case, they have judgment in their favor, that Plaintiff take nothing by reason of this suit, that Defendants recover their costs incurred herein, and that they receive such further and other relief to which they are justly entitled.

Respectfully Submitted,

DONATO, MINX, BROWN & POOL, PC

By: _____
Aaron Pool, SBN 16115400
3200 Southwest Freeway
Phoenix Tower, Suite 2300
Houston, Texas  77027-7525
Phone: 713-877-1112
Fax: 713-877-1138
apool@donatominxbrown.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

**I hereby certify that, on the 12th day of December, 2016, a true and correct**

copy of the above and foregoing has been served by:

☐certified mail, return receipt requested; ☐overnight delivery; ☐hand delivery; ☐United States first class mail; ☒facsimile transmission; ☒electronic transmission on the following counsel:

<u>Plaintiff's Attorney:</u>
Clyde J. Moore
Law Office of Clyde J. Moore
6001 Savoy Drive
Houston, Texas 77036
713-953-9009
713-953-9049

Aaron Pool



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 15, 2016


Certified Document Number:        73045760 Total Pages:  3


Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

12/12/2016 9:21:27 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 14220709
By: CHAMBERS, WANDA R
Filed: 12/12/2016 9:21:27 AM

CAUSE NO. 2016-78777

| | | |
|---|---|---|
| JUANA MURILLO | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| | § | |
| V. | § | HARRIS COUNTY, TEXAS |
| | § | |
| | § | |
| ANDRES MAURICIIO CLAVIJO, PV | § | |
| HOLDINGS CORP., AND AVIS | § | |
| BUDGET CAR RENTAL, LLC | § | 151ST JUDICIAL DISTRICT |

---

### DEFENDANTS' JURY DEMAND

---

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, PV HOLDING CORP. and AVIS BUDGET CAR RENTAL, LLC, Defendants in the above entitled and numbered cause, and make their formal demand for trial by jury in this matter, and tenders the requisite fee with this filing.

Respectfully Submitted,

DONATO, MINX, BROWN & POOL, PC

By: _____
Aaron Pool
SBN 16115400
3200 Southwest Freeway
Phoenix Tower, Suite 2300
Houston, Texas  77027-7525
Phone: 713-877-1112
Fax: 713-877-1138
apool@donatominxbrown.com

**ATTORNEY FOR DEFENDANTS**

Certified Document Number: 73045761 - Page 1 of 2

## CERTIFICATE OF SERVICE

**I hereby certify that, on the 12th day of December, 2016, a true and correct**

**copy of the above and foregoing has been served by:**

☐certified mail, return receipt requested; ☐overnight delivery; ☐hand delivery; ☐United States first class mail; ☒facsimile transmission; ☒electronic transmission on the following counsel:

Plaintiff's Attorney:
Clyde J. Moore
Law Office of Clyde J. Moore
6001 Savoy Drive
Houston, Texas 77036
713-953-9009
713-953-9049

Aaron Pool

2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this    December 15, 2016

Certified Document Number:      73045761 Total Pages:  2

*Chris Daniel*

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

11/14/2016 4:51:22 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 13783818
By: EVANS, BONISHA E
Filed: 11/14/2016 4:51:22 PM

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY)*: **2016-78777 / Court: 151**   Court *(FOR CLERK USE ONLY)*:

Styled: **Juana Murillo v. Andres Mauricio Clavijo, PV Holdings Corp., and Avis Budget Car Rental, LLC**

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing. This sheet, approved by the Texas Judicial Council, is intended to collect information that will be used for statistical purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

| 1. Contact Information for person completing case information | | Names of parties in case: | Person or entity completing sheet |
|---|---|---|---|
| Name:<br>Clyde J. Moore | Email:<br>attycjmoore@yahoo.com | Plaintiff/Petitioner:<br><br>**Juana Murillo** | ☒Attorney for Plaintiff/Petitioner<br>☐*Pro Se* Plaintiff/Petitioner<br>☐Title IV-D Agency<br>☐Other: |
| Address:<br>6001 Savoy Drive, Suite 303 | Telephone:<br>713.953.9009 | Defendant(s)/Respondent(s):<br><br>**Andres Mauricio Clavijo, PV Holdings Corp., and Avis Budget Car Rental, LLC** | Additional Parties in Child Support Case: |
| City/State/Zip:<br>Houston, Texas 77036 | Fax:<br>713.953.9049 | | Custodial Parent: |
| Signature: | State Bar No:<br>14323690 | [Attach additional page as necessary to list all parties] | Non-Custodial Parent:<br><br>Presumed Father: |

## 2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐Consumer/DTPA<br>☐Debt/Contract<br>☐Fraud/Misrepresentation<br>☐Other Debt/Contract:<br><br>*Foreclosure*<br>☐Home Equity—Expedited<br>☐Other Foreclosure<br>☐Franchise<br>☐Insurance<br>☐Landlord/Tenant<br>☐Non-Competition<br>☐Partnership<br>☐Other Contract: | ☐Assault/Battery<br>☐Construction<br>☐Defamation<br>*Malpractice*<br>☐Accounting<br>☐Legal<br>☐Medical<br>☐Other Professional<br><br>Liability:<br>☒Motor Vehicle Accident<br>☐Premises<br>*Product Liability*<br>☐Asbestos/Silica<br>☐Other Product Liability<br>List Product:<br><br>☐Other Injury or Damage: | ☐Eminent Domain/ Condemnation<br>☐Partition<br>☐Quiet Title<br>☐Trespass to Try Title<br>☐Other Property:<br><br>**Related to Criminal Matters**<br>☐Expunction<br>☐Judgment Nisi<br>☐Non-Disclosure<br>☐Seizure/Forfeiture<br>☐Writ of Habeas Corpus— Pre-indictment<br>☐Other: | ☐Annulment<br>☐Declare Marriage Void<br>*Divorce*<br>☐With Children<br>☐No Children<br><br>**Other Family Law**<br>☐Enforce Foreign Judgment<br>☐Habeas Corpus<br>☐Name Change<br>☐Protective Order<br>☐Removal of Disabilities of Minority<br>☐Other: | ☐Enforcement<br>☐Modification—Custody<br>☐Modification—Other<br>**Title IV-D**<br>☐Enforcement/Modification<br>☐Paternity<br>☐Reciprocals (UIFSA)<br>☐Support Order<br><br>**Parent-Child Relationship**<br>☐Adoption/Adoption with Termination<br>☐Child Protection<br>☐Child Support<br>☐Custody or Visitation<br>☐Gestational Parenting<br>☐Grandparent Access<br>☐Paternity/Parentage<br>☐Termination of Parental Rights<br>☐Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☐Discrimination<br>☐Retaliation<br>☐Termination<br>☐Workers' Compensation<br>☐Other Employment: | ☐Administrative Appeal<br>☐Antitrust/Unfair Competition<br>☐Code Violations<br>☐Foreign Judgment<br>☐Intellectual Property | ☐Lawyer Discipline<br>☐Perpetuate Testimony<br>☐Securities/Stock<br>☐Tortious Interference<br>☐Other: | | |

| **Tax** | **Probate & Mental Health** | |
|---|---|---|
| ☐Tax Appraisal<br>☐Tax Delinquency<br>☐Other Tax | *Probate/Wills/Intestate Administration*<br>☐Dependent Administration<br>☐Independent Administration<br>☐Other Estate Proceedings | ☐Guardianship—Adult<br>☐Guardianship—Minor<br>☐Mental Health<br>☐☐Other: |

## 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:

| | | |
|---|---|---|
| ☐Appeal from Municipal or Justice Court<br>☐Arbitration-related<br>☐Attachment<br>☐Bill of Review<br>☐Certiorari<br>☐Class Action | ☐Declaratory Judgment<br>☐Garnishment<br>☐Interpleader<br>☐License<br>☐Mandamus<br>☐Post-judgment | ☐Prejudgment Remedy<br>☐Protective Order<br>☐Receiver<br>☐Sequestration<br>☐Temporary Restraining Order/Injunction<br>☐Turnover |

Certified Document Number: 72725516 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   December 15, 2016

Certified Document Number:        72725516 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

Harris County Docket Sheet

# 2016-78777

**COURT:**   151st
**FILED DATE:**   11/14/2016
**CASE TYPE:**   Motor Vehicle Accident



---

**MURILLO, JUANA**

Attorney: MOORE, CLYDE JERALD

**vs.**

**CLAVIJO, ANDRES MAURICIO**

---

| Docket Sheet Entries | |
|---|---|
| Date | Comment |