United States District Court
Southern District of Texas
**ENTERED**
February 21, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUANA MURILLO | § |
| | § |
| VS. | § |
| | § |
| | § CIVIL ACTION NO. 4:16-cv-03694  Jury |
| ANDRES MAURICIO CLAVIJO, PV | § |
| HOLDINGS CORP., and AVIS BUDGET | § Trial |
| CAR RENTAL, LLC | § |
| | § |

## ORDER ON PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

CAME TO BE HEARD on this day, Plaintiff's Notice of Dismissal with Prejudice. After considering the Notice of Dismissal with Prejudice, the Court finds Plaintiff's Notice of Dismissal with Prejudice should be granted. It is therefore,

ORDERED, ADJUDGED, and DECREED, Plaintiff's Notice of Dismissal with Prejudice should be granted and all claims against Defendants PV Holding Corp. and Avis Budget Car Rental, LLC should be dismissed with prejudice.

SIGNED on *February 21*, 2018.

HONORABLE JUDGE KEITH P. ELLISON